UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
AMERICAN CIVIL LIBERTIES UNION                                    :
FOUNDATION et al,                                                 :
                                                                  :
                         Plaintiffs,                             :            26-CV-3098 (JMF)
                                                                  :
          -v-                                                     :            ORDER
                                                                  :
DEPARTMENT OF HEALTH AND HUMAN                                    :
SERVICES et al,                                                  :
                                                                  :
                         Defendants.                             :
                                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     This case arises under the Freedom of Information Act, Title 5, United States Code,

Section 552.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks**

**from the date of this order** and not to exceed two pages, indicating whether there is any need

for discovery or an initial conference in this case.  If there is no such need, the parties should

include in their letter a proposed briefing schedule for any motions, including motions for

summary judgment.  If Defendant has not yet entered a notice of appearance, Plaintiff shall

promptly serve a copy of this Order on Defendant and file proof of such service.

          SO ORDERED.

Dated: April 17, 2026
          New York, New York          _____
                                           JESSE M. FURMAN
                                           United States District Judge