UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; NATIONAL CENTER FOR YOUTH LAW,<br><br>          Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF REFUGEE RESETTLEMENT,<br><br>          Defendants. | Case No. 26-CV-3098 (JMF) |

**Declaration of Service**

I, Brigitte Amiri, declare and state the following:

1.     Pursuant to this Court's April 17, 2026 Order (Doc. 16), on Monday, April 20, 2026, Plaintiffs served a true copy of that Order by U.S. Postal Service Priority Mail Express by depositing the same in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the U.S. Postal Service upon:

> Department of Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, D.C. 20201
>
> Administration for Children and Families
> 330 C Street, S.W.
> Washington, D.C. 20201
>
> Office of Refugee Resettlement
> 330 C Street, S.W., Room 5123
> Washington, D.C. 20201
>
> c/o Todd Blanche
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Ave., N.W.

Washington, D.C. 20530

c/o Civil Process Clerk
U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

2.      Plaintiffs also sent a true copy of this Court's April 17 Order by email to Alex

Haas at Alex.Haas@usdoj.gov, Jessica Rosenbaum at jessica.rosenbaum@usdoj.gov, and

Jeffrey Oestericher at jeffrey.oestericher@usdoj.gov.

<u>s/Brigitte Amiri</u>
Brigitte Amiri (BA-8497)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
bamiri@aclu.org