

**Brigitte Amiri**
Deputy Director
Reproductive Freedom Project
ACLU National Legal Department

May 1, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *American Civil Liberties Union Foundation et al. v. Department of Health and Human Services et al.* (1:26-cv-03098-JMF)

Dear Judge Furman:

Plaintiffs respectfully submit this joint letter on behalf of all parties, in compliance with the Court's April 17 Order (Doc. 16) in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

The parties are in agreement that due to the nature of this case, there is no need for discovery or an initial conference. We propose that the parties meet and confer by May 15, 2026, concerning the searches to be conducted and the agency's processing rate, and submit a status report on June 1, and further status reports on the first of every two months thereafter.

The Court's April 17 Order asked the parties to provide a proposed briefing schedule for any motions. The parties do not yet know the volume of documents the agency will have to process, the volume of produced documents Plaintiffs will have to review, or the volume of redactions and withholdings Plaintiffs will challenge, if any—which the parties would then meet and confer about in an attempt to resolve any disputes. Accordingly, at this time, the parties cannot estimate when cross-motions for summary judgment would be ripe. The parties also note that we hope to resolve this matter without the need for motion practice. Therefore, the parties respectfully request the Court permit the parties to propose a briefing schedule at a later date.

We thank the Court for its consideration of this matter.



Respectfully,

AMERICAN CIVIL LIBERTIES UNION
*Attorneys for Plaintiffs*

By: /s/ Brigitte Amiri
Brigitte Amiri
Deputy Director
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
bamiri@aclu.org