

**Brigitte Amiri**
Deputy Director
Reproductive Freedom Project
ACLU National Legal Department

June 1, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *American Civil Liberties Union Foundation et al. v. Department of Health and Human Services et al.* (1:26-cv-03098-JMF)

Dear Judge Furman:

    Plaintiffs respectfully submit this joint status update on behalf of all parties, in compliance with the Court's May 4, 2026, Order (Doc. 25) in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

    Since the Joint Letter submitted on May 1, 2026 (Doc. 23), the parties have conferred, including by phone on May 7 and May 27, 2026, and over email. The parties have agreed to a processing rate of 450 pages per month. The parties anticipate being able to soon come to an agreement regarding the initial searches and the first date of production, and will meet and confer again about this by June 15.

    Pursuant to the Court's Order of May 4, 2026 (Doc. 25), the parties will submit their next status report by August 3, 2026.

    Very respectfully,

The parties shall file their next status update **no later than August 3, 2026.**

SO ORDERED.

June 2, 2026

AMERICAN CIVIL LIBERTIES UNION
*Attorneys for Plaintiffs*

By: /s/ Brigitte Amiri
    Brigitte Amiri
    Deputy Director
    American Civil Liberties Union
    125 Broad Street, 18th Floor
    New York, NY 10004
    (212) 549-2633
    bamiri@aclu.org