AMERICAN CIVIL LIBERTIES UNION FOUNDATION

**Chelsea Tejada**
Staff Attorney
Reproductive Freedom Project
ACLU National Legal Department

July 30, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *American Civil Liberties Union Foundation et al. v. Department of Health and Human Services et al.* (1:26-cv-03098-JMF)

Dear Judge Furman:

Plaintiffs respectfully submit this joint status update on behalf of all parties, in compliance with the Court's May 4, 2026, Order (Doc. 25) in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

Since the Joint Letter submitted on June 1, 2026 (Doc. 33), the parties have conferred, including by phone on June 11 and July 27, 2026, and over email. The parties have agreed on priority searches and date ranges for those searches. The parties have also engaged in negotiations and come to agreement regarding the format of production for one of these priority searches.

No productions have yet been made; however, Defendants have been conducting searches and working on a data export responsive to certain priority requests, and have committed to making an initial production by August 21. A monthly production would follow on the 21st of each month thereafter.

Pursuant to the Court's Order of May 4, 2026 (Doc. 25), the parties will submit their next status report by October 1, 2026.

Very respectfully,

AMERICAN CIVIL LIBERTIES UNION
*Attorneys for Plaintiffs*

By: /s/ Chelsea Tejada
Chelsea Tejada
Staff Attorney

125 Broad Street, Floor 18, New York, NY 10004 | ctejada@aclu.org | 212-549-2633

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
ctejada@aclu.org