AMERICAN CIVIL LIBERTIES UNION FOUNDATION

**Chelsea Tejada**
Staff Attorney
Reproductive Freedom Project
ACLU National Legal Department

September 30, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *American Civil Liberties Union Foundation et al. v. Department of Health and Human Services et al.* (1:26-cv-03098-JMF)

Dear Judge Furman:

Plaintiffs respectfully submit this joint status update on behalf of all parties, in compliance with the Court's May 4, 2026, Order (Doc. 25) in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

Since the joint status update submitted on July 30, 2026 (Doc. 38), Defendants have begun making productions on a monthly basis, with the next production scheduled for October 21, 2026.

Pursuant to the Court's Order of May 4, 2026 (Doc. 25), the parties will submit their next status report by December 1, 2026.

Very respectfully,

AMERICAN CIVIL LIBERTIES UNION
*Attorneys for Plaintiffs*

By: /s/ Chelsea Tejada
Chelsea Tejada
Staff Attorney
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
ctejada@aclu.org